| | |
|---|---|
| VANG CHONG XIONG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:20-cv-01807-SAB<br><br>ORDER RE STIPULATION TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 12) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

Plaintiff Vang Chong Xiong filed this action challenging the final decision of the Commissioner of Social Security denying his application for disability benefits. (ECF No. 1.) The parties have consented to the jurisdiction of the magistrate judge and this matter has been assigned to the undersigned for all purposes. (ECF Nos. 7, 10, 11.) On June 23, 2021, the parties filed a stipulation to remand this action for further proceedings and have judgment entered on behalf of Plaintiff. (ECF No. 12.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

2. All pending dates and matters are VACATED; and

3. Judgment is ENTERED in favor of Plaintiff Vang Chong Xiong and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**June 23, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE