# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANG CHONG XIONG, | Case No.  1:20-cv-01807-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES |
| v. | (ECF No. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Vang Chong Xiong ("Plaintiff") filed the complaint in this action on December 21, 2020. (ECF No. 1.)  On June 24, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 12, 13, 14.)  On August 30, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $664.89 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 15.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id.)

///

///

///

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,

2 Plaintiff is awarded attorney fees under the EAJA in the amount of $664.89.

3

4 IT IS SO ORDERED.

5 Dated:   **August 31, 2021**

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2